Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Pamela Lynne Boarts                               Docket No. 00-00032-001 Erie

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of PAMELA LYNNE BOARTS, who was placed on supervision by the Honorable Sean J. McLaughlin sitting in the Court at Erie, Pennsylvania, on the 18th day of December 2000, who fixed the period of supervision at five years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The defendant shall not commit another federal, state, or local crime.
- The defendant shall not illegally possess a controlled substance.
- The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.
- The defendant shall be placed on home detention for a period of up to 5 months, to commence within 30 days of release from imprisonment. During this time, the defendant shall remain at her place of residence except for employment and other activities approved in advance by the probation officer. At the direction of the probation officer, the defendant shall wear an electronic device and shall observe the rules specified by the Probation Office. The defendant shall pay any restitution at the rate of not less than 10 percent of his monthly gross income.
- The defendant shall provide the probation officer with access to any requested financial information.
- The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the payment schedule
- The defendant shall pay $90,000 restitution to National City Bank.
- The defendant shall pay a special assessment of $100.

12-18-00:   Embezzlement by Bank Employee; 5 months' custody of the Bureau of Prisons, 5 years' supervised release.
08-06-01:   Released to supervision; Currently supervised by U.S. Probation Officer David J. Conde.



U.S.A. vs. Pamela Lynne Boarts
Docket No. 00-00032-001 Erie
Page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

      Your Petitioner reports that Ms. Boarts was ordered by the Court to pay $90,000 in restitution to National City Bank. The rate of payment of restitution was to be at 10 percent of the releasee's gross monthly income. Ms. Boarts has paid $8,005.93. A balance of $81,994.07 remains. Ms. Boarts has been gainfully employed and has adequately adhered to the payment schedule established in this case. Ms. Boarts does not have the ability at this time to pay the balance of the restitution in full by the expiration of her term of supervised release on August 5, 2006. Therefore, it is respectfully recommended that the case be allowed to close with money owing

PRAYING THAT THE COURT WILL ORDER that the term of supervised release imposed at Criminal No. 00-00032-001 Erie be allowed to expire as scheduled with the restitution due and owing and the case be closed.

I declare under penalty of perjury that
the foregoing is true and correct.

Executed
on           May 22, 2006

**ORDER OF COURT**

Considered and ordered _____ day of _____ , _____ and ordered filed and a part of the records in the above case.

_____
David J. Conde
U.S. Probation Officer

_____
U.S. District Judge

_____
Gerald R. Buban
Supervising U.S. Probation Officer

Place:     Erie, PA